**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |
|---|---|
| KAYLA JONES, | Civil Case Number: |
| | 5:24-cv-00332-TES |
| Plaintiff, | |
| | **ORDER** |
| -against- | |
| | |
| CARMAX AUTO SUPERSTORES, INC. and SUPERIOR RECOVERY & TRANSPORT LLC, | |
| | |
| Defendants. | |

Upon consideration of the Plaintiff's Motion to conduct early discovery, and good cause appearing; it is hereby

ORDERED that the Plaintiff's Motion is granted.  Plaintiff may conduct discovery in this case, including by issuing a subpoena to CarMax, given his inability to meet and confer with Defendant Superior Recovery & Transport, LLC, who has failed to appear in this action

DATED: _____January 28, 2025.

 s/Tilman E. Self, III_____

Honorable Tilman E. Self

United States District Judge